ROWLAND, APPELLANT, *v.* LINDLEY, TAX COMMR., APPELLEE.

(No. 78-911—Decided April 18, 1979.)

*Messrs. Lutz & Oxley, Mr. Howard S. Lutz, Messrs. Crabbe, Brown, Jones, Potts & Schmidt* and *Mr. Keith H. Yung,* for appellant.

*Mr. William J. Brown,* attorney general, and *Mr. Charles M. Steines,* for appellee.

*Per Curiam.* R. C. 5717.02 provides that "[a]ppeals from final determinations by the tax commissioner * * * of any preliminary, amended, or final tax assessments, reassessments, valuations, determinations, findings, computations, or orders made by * * * [the] commissioner may be taken to the board of tax appeals by the taxpayer * * *." A journal entry which the Tax Commissioner issues only in order to carry out the expressed mandate of this court is not a "final determination" within the purview of R. C. 5717.02.

The decision of the Board of Tax appeals dismissing the appeal is affirmed.

*Decision affirmed.*

CELEBREZZE, C. J., HERBERT, COLE, P. BROWN, SWEENEY, POTTER and HOLMES, JJ., concur.

COLE, J., of the Third Appellate District, sitting for W. BROWN, J.

POTTER, J., of the Sixth Appellate District, sitting for LOCHER, J.